IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT NELSON

v.                          **FILED**          NO.  12-CV-5536

NCO FINANCIAL SYSTEMS, INC.   OCT 2 6 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE DUBOIS, J.

       AND NOW, to wit, this  26th day of October, 2012, in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

       It is ORDERED that judgment is entered in favor of plaintiff ROBERT NELSON and against defendant NCO FINANCIAL SYSTEMS, INC. in the amount of $1,001.00 together with interest and costs.

BY THE COURT:

ATTEST:

Richard Sabol, Deputy Clerk

judg