IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT NELSON,<br>　　　　Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SERVICES,<br>　　　　Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 12-5536 |

**FILED**

NOV - 1 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 1st day of November, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

_/s/ Jan E. DuBois_
DuBOIS, JAN E., J.